Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,
    Plaintiff,

vs.                                                  Case No.: 3:21cv836/MCR/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis (IFP) (ECF Nos. 1, 2). Upon review of the IFP motion, the undersigned determined Plaintiff has sufficient funds with which to pay the filing fee. The undersigned thus entered an order on June 17, 2021, denying the IFP motion and directing Plaintiff to pay the $402.00 filing fee within thirty days (*see* ECF No. 6). The undersigned advised that failure to comply with the order as instructed would result in a recommendation, without further notice, that the case be dismissed.

On June 28, 2021, the copy of the order denying the IFP motion mailed to Plaintiff at his address of record was returned as undeliverable, along with the Notice to Pro Se Litigant (*see* ECF Nos. 7, 8). Plaintiff has not contacted the court to update his address or notified the court in any other way of a change of address.

Case No.: 3:21cv836/MCR/EMT

Although Plaintiff filed two documents on July 7, 2021—both titled "Information Worksheet" (ECF Nos. 9, 10)—the documents are largely unintelligible and neither contains an updated mailing address (or relates to the matter of the filing fee). Based on the court's inability to contact Plaintiff, the issuance of any further order would be futile.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to keep the court apprised of his current address.

At Pensacola, Florida, this 20th day of July 2021.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY
CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:21cv836/MCR/EMT