UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,

    Plaintiff,

v.                                                 CASE NO. 3:21cv836-MCR-EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

**O R D E R**

The chief magistrate judge issued a Report and Recommendation on July 20, 2021. ECF No. 11. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to keep the court apprised of his current address.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 9th day of September 2021.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**